**John H. BEAMAN, Plaintiff–Appellant,**

v.

**DEPUTY DIRECTOR, COMMUNITY CORRECTIONS; Harold W. Clarke, Director; Lou Cei, Special Programs Manager; Layton Lester, Warden;**

Elizabeth E. Carr, Counselor; Bob McDonnell, Governor of Virginia; William M. Muse, Chairman, VA Parole Board; Karen D. Brown, Vice–Chair. VA Parole Board; Rita J. Angelone, VA Parole Board Member; Minor F. Stone, VA Parole Board Member, Defendants–Appellees.

No. 12–7136.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 20, 2012.

Decided: Nov. 27, 2012.

John H. Beaman, Appellant Pro Se.

Before TRAXLER, Chief Judge, and SHEDD and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John H. Beaman appeals the district court's order dismissing his civil complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Beaman v. Deputy Dir.*, No. 7:12–cv–00163–JLK–RSB, 2012 WL 4460438 (W.D.Va. May 29, 2012). We deny Beaman's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*